1  Michael F. Lynch
   Nevada State Bar No. 8555
2  Lynch Law Practice, PLLC
   3613 S. Eastern Ave.
3  Las Vegas, Nevada 89169
   Telephone: (702) 684-6000
4  michael@lynchlawpractice.com

5  Attorneys for Plaintiff

6  **IN THE UNITED STATES DISTRICT COURT**

7  **FOR THE DISTRICT OF NEVADA**

| Tonkawa Tribe of Indians of Oklahoma d/b/a Tonkawa Enterprises, Inc. on behalf of itself and others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> Scientific Games Corporation, Bally Technologies, Inc., and Bally Gaming, Inc., <br><br> Defendants. | Case Number: 2:20-cv-01637-JCM-BNW <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION TO INTERVENE AND MOTION TO TRANSFER** <br><br> (FIRST REQUEST) |
|---|---|

Plaintiff, the Tonkawa Tribe of Indians of Oklahoma d/b/a Tonkawa Enterprises, Inc. ("Plaintiff") by and through its undersigned counsel on the one hand, and Related Plaintiffs and Proposed Intervenors Alfred T. Giuliano as Liquidation Trustee for RIH Acquisitions NJ, LLC d/b/a The Atlantic Club Casino Hotel and Rancho's Club Casino, Inc. d/b/a Magnolia House Casino (the "Proposed Intervenors") by and through its undersigned counsel on the other hand, hereby stipulate to the following:

WHEREAS, the Proposed Intervenors filed their Motion to Intervene in this case on September 15, 2020 (ECF No. 4);

WHEREAS, the Proposed Intervenors filed their Motion to Transfer this case to the District Court for the Northern District of Illinois on September 15, 2020 (ECF No. 5);

WHEREAS, responses to the Motion to Intervene and the Motion to Transfer are currently due by September 29, 2020; and

1  WHEREAS, the parties stipulate, subject to Court approval, that Plaintiff's deadline to
2  file its response(s) to the Motion to Intervene and to the Motion to Transfer shall be extended by
3  three (3) weeks, to October 20, 2020.

**STIPULATED AND AGREED BY:**

By: /s/ Michael F. Lynch
**Lynch Law Practice, PLLC**
Nevada Bar No. 8555
3613 S. Eastern Ave.
Las Vegas, Nevada 89169
Telephone: (702) 684-6000
michael@lynchlawpractice.com

**Fletcher Law, PLLC**
Zeke Fletcher
*(Petition Pro Hac Vice Forthcoming)*
124 W. Allegan, #1400
Lansing, MI 48933
Telephone: (517) 755-0776
Fax: (517) 913-6008
zfletcher@fletcherlawpllc.com

**Berry Law PLLC**
R. Stephen Berry
*(Petition Pro Hac Vice Pending)*
1100 Connecticut Avenue, N.W., Suite 645
Washington, D.C. 20006
Telephone: (202) 296-3020
Fax: (202) 296-3038
sberry@berrylawpllc.com

**Attorneys for Plaintiffs**

By: /s/ Don Springmeyer
Don Springmeyer, Esq. (NSB 1021)
Daniel Bravo, Esq. (NSB 13078)
**Wolf Rifkin Shapiro Schulman & Rabkin LLP**
3556 East Russell Road, Second Floor
Las Vegas, NV 89120
Telephone: (702) 341-5200
Email: dspringmeyer@wrslawyers.com
Email: dbravo@wrslawyers.com

**Attorneys for Proposed Intervenors**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: September 30, 2020