1   Michael F. Lynch
    Nevada State Bar No. 8555
2   Lynch Law Practice, PLLC
    3613 S. Eastern Ave.
3   Las Vegas, Nevada 89169
    Telephone: (702) 684-6000
4   michael@lynchlawpractice.com

5   Attorneys for Plaintiffs

6                   **IN THE UNITED STATES DISTRICT COURT**

7                        **FOR THE DISTRICT OF NEVADA**

8   Tonkawa Tribe of Indians of Oklahoma d/b/a    Case Number: 2:20-cv-01637-JCM-BNW
    Tonkawa Enterprises; Cow Creek Band of
9   Umpqua Tribe of Indians; and Umpqua Indian    **STIPULATION AND ORDER**
    Development Corporation,
10                                                **(A) GRANTING LEAVE TO FILE**
                            Plaintiffs,           **SECOND AMENDED COMPLAINT, and**
11  vs.
                                                  **(B) EXTENDING TIME TO RESPOND**
12  Scientific Games Corporation,                 **TO SECOND AMENDED COMPLAINT**
    Bally Technologies, Inc., and Bally
13  Gaming, Inc.,                                 (FIRST REQUEST)

14                          Defendants.

15          Plaintiffs, the Tonkawa Tribe of Indians of Oklahoma d/b/a Tonkawa Enterprises, the

16  Cow Creek Band of Umpqua Tribe of Indians, and the Umpqua Indian Development

17  Corporation, (collectively, the "Plaintiffs") by and through their undersigned counsel on the one

18  hand, and Defendants Scientific Games Corporation, Bally Technologies, Inc., and Bally

19  Gaming, Inc. (collectively, the "Defendants"), by and through their undersigned counsel on the

20  other hand, hereby stipulate and agree:

21          WHEREAS, the Plaintiffs filed their Motion for Leave to File Second Amended

22  Complaint (the "Motion") on October 12, 2020, which Motion included their proposed Second

23  Amended Complaint as an attachment thereto (ECF No. 21);

24          WHEREAS, pursuant to FRCP 15(a)(2), the Defendants hereby provide written notice of

25  their consent to the filing of Plaintiffs' Second Amended Complaint;

26          WHEREAS, the Defendants previously executed a Waiver of the Service of Summons,

27  which established a deadline of November 7, 2020, for the Defendants to file and serve an

28  answer or a Rule 12 motion in response to the Complaint (ECF No. 6); and

1    NOW, THEREFORE, it is hereby stipulated and agreed, subject to Court approval, that

2    (A) the Plaintiffs shall be authorized to file their proposed Second Amended Complaint, and

3    (B) the Defendants' deadline to file their answer or Rule 12 motion in response to the Second

4    Amended Complaint shall be extended by twenty (20) days, to November 27, 2020.

5    **STIPULATED AND AGREED BY:**

6    **Lynch Law Practice, PLLC**                          **Campbell & Williams**

7    By: /s/ Michael F. Lynch                              By: /s/ Philip R. Erwin
     Nevada Bar No. 8555                                   Nevada Bar No. 11563
8    3613 S. Eastern Ave.                                  700 S. 7th St.
     Las Vegas, Nevada 89169                               Las Vegas, NV 89101
9                                                          Telephone: (702) 382-5222
                                                           perwin@campbellandwilliams.com
10   **Berry Law PLLC**
     R. Stephen Berry
11   *(Admitted Pro Hac Vice)*                             **Willkie Farr & Gallagher**
     1100 Connecticut Avenue, N.W., Suite 645              Matt D. Basil
12   Washington, D.C. 20006                                *(Admitted Pro Hac Vice)*
     Telephone: (202) 296-3020                             300 N LaSalle St., #5000
13   Fax: (202) 296-3038                                   Chicago, IL 60654
     sberry@berrylawpllc.com                               Telephone: (312) 728-9020
                                                           Fax: (312) 728-9199
14   **Fletcher Law, PLLC**                                mbasil@willkie.com
     Zeke Fletcher
15   *(Admitted Pro Hac Vice)*                             **Attorneys for Defendants**
     124 W. Allegan, #1400
16   Lansing, MI 48933
     Telephone: (517) 755-0776
17   Fax: (517) 913-6008
     zfletcher@fletcherlawpllc.com
18
     **Galanda Broadman PLLC**
19   Gabriel S. Galanda
     Anthony S. Broadman
20   *(Petitions Pro Hac Vice Forthcoming)*
     8603 35th Ave. NE., Suite L1
21   Seattle, WA 98115
     Telephone: (206) 557-7509
22   Fax: (206) 299-7690
     gabe@galandabroadman.com                              **IT IS ORDERED** that the stipulation at ECF No.
23   anthony@galandabroadman.com                           28 is GRANTED and the motion at ECF No. 21
                                                           is DENIED as moot.
24   **Attorneys for Plaintiffs**

25                                                         **IT IS SO ORDERED:**

26   _____

27   UNITED STATES DISTRICT COURT JUDGE

28   Dated: 10/23/2020

2